# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

147570

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

_____

In re MINA L. OLSON TRUST & DEAN
R. OLSON FAMILY TRUST

_____

DEAN R. OLSON, JR., JAMES P. OLSON,
and GREGORY A. OLSON, Co-Trustees for
the MINA L. OLSON TRUST & DEAN R.
OLSON FAMILY TRUST,
        Respondents-Appellants,

v

CONSTANCE J. CHAPPELL,
        Petitioner-Appellee.

_____/

SC: 147570
COA: 307835
Eaton Probate: 10-047396-TV

On order of the Court, the application for leave to appeal the July 2, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



Clerk

h1118